**PBS International A/S**  **KORTA ÞJÓNUSTAN**

 Mastercard   VISA   VISA   JCB

3 b

| | | | |
|---|---|---|---|
| Name: | Datacell ehf. | Representative: | Ólafur Sigurvinsson |
| Alternative Name: | Sunshine Press | ID No. of Representative: | 270764-2159 |
| Reg. No.: | 460709-0160 | Telephone / Fax: | 5124400 |
| Address: | Skúlagata 19 | E-mail: | afink@datacell.com |
| Postal Code and City: | 101 Reykjavík | E-mail for Statements: | same |
| Type of Business: | Datacenter | Bank Account No.: | 0301-26-054073 |

(Hereinafter referred to as the Merchant)

EUR: IS6303 0138 7189 7146 0709 0160
SWIFT: ESJAISRE

And Kortathjonustan ehf.
Skipholt 50b
105 Reykjavík, Iceland
Reg. No. 4306023650

together with PBS International A/S
Lautrupbjerg 10,
2750 Ballerup, Denmark
CVR No. 41 13 61 11

Have today entered into a contract on acquiring services by PBS International of MasterCard, Visa, Visa Electron and JCB card transactions with the Merchant with the assistance of Kortathjonustan.

This contract is accompanied by the following annexes (see www.korta.is):
1. General Rules for the acceptance of payments with international payment cards, July 2002 (Eurocard / Mastercard, Visa, Visa Electrone and JCB) (hereinafter referred to as the Genaral Rules)
2. Procedures for accepting cards
3. Rules applicable to online commerce (Additional Rules for Online Merchants)
4. Services rendered by Kortathjonustan in respect of card transactions.

The annexes form an integral part of the Contract.

**Authorisation:**

The Merchant must obtain an authorisation for all card payments above the following floor limits:
Retail: ISK 15.000     Restaurants: ISK 12.000

**Prices:**

POS service charge: 2.80% for MasterCaed, VISA, JCB and foreign VISA Electron card transactions
POS service charge: 0.60%, minimum 10 ISK and maximum 220 ISK for VISA Electron card payments
Internet / MOTO service charge: 2.80% for MasterCard, VISA and JCB (leave blank if not used)

**The PBS service charge covers:**

- Complete acquiring of MasterCard, Visa, Visa Elektron and JCB
- Direct connection authorisation of all transactions 24 hours a day, 365 days a year
- Manual authorisation as a back-up when PBS International direct connection authorisation is not available
- Authorisation for the currency of the transactions
- Daily settlement of transactions from PBS International
- Payment in ISK (Icelandic crowns) into the Merchant's account
- Settlement overview sent via e-mail
- Settlement Report (with decimal-commas) sent via e-mail
- Customer services in English 24 hours a day, 365 days a year

**Additional charges**

- Retrieval Charge DKK 250,50 for each retrieval claim. The Charge is not collected if the objections made by the cardholders are justified.


EXHIBIT A

**PBS International A/S**

   VISA   VISA   

 ÞJÓNUSTAN

## Settlement

Settlement shall take place within two business days from the time PBS International receives the transactions, provided that PBS International receives and confirms reception not later than at 22.00 hours GMT winter time from October to March and not later than 21;00 hours GMT summer time from March to October according to the following table:

| Number of Transactions | Settlement statement | Settlement |
|---|---|---|
| Tuesday | Wednesday | Thursday |
| Wednesday | Thursday | Friday |
| Thursday | Friday | Monday |
| Friday | Saturday | Monday |
| Saturday | Tuesday | Wednesday |
| Sunday | Tuesday | Wednesday |
| Monday | Tuesday | Wednesday |

Settlements will only be executed on banking days in Denmark, which are all the days of the week except Sunday, holidays (such as Easter, Pentecost and Christmas) 24 December and 5 June. The settlement is carried out as a domestic transfer to the Merchant's bank account in Iceland.

PBS International sends a settlement report with detailed information on transactions, retrievals, charges etc. in a „report using decimal-commas to an e-mail address provided by the Merchant.

## Service provider and processor:

Kortathjonustan ehf. Skipholti 50b, 105 Reykjavik, Iceland – is the service provider and processor pursuant to Annex 4 as regards acquiring, data processing, direct authorisations and transmittal of transactions to PBS International. Kortathjonustan and the Merchant will receive the settlement report in English from PBS International. Kortathjonustan will provide the Merchant with an settlement overview in Icelandic. All payments according to the settlement report will come directly from PBS International.

Kortathjonustan will be the Merchant's local service provider. That service will be provided over/through the service telephone number and an e-mail address. The service is comprised of information on daily transmitted of transactions to Kortathjonustan and on settlements where Kortathjonustan will answer queries in connection with the transmittal of and settlement of transactions, including information on amounts of and dates of transactions. PBS International will provide back-up services, i.e. services to the customer in English 24 hours a day, 365 days a year and a telephone service regarding transactions and settlements as set out below.

[table with contact information]

## Responsibility for relationship with Merchant:

PBS International is fully responsible for and controls the relationship/ communications with the Merchant, including the services to be provided by Kortathjonustan to the Merchant.

Iceland, 18.10.10        Ballerup        Iceland

[signature]                _____        [signature]

Merchant                PBS International A/S        Kortathjonustan

Reykjavík, 28.9.2011

**Certified translation**
**Ingvar H. Eggertsson**