IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DATACELL EHF., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|    v. | ) Civil Action No. 1:14-cv-1658 |
| | ) |
| VISA INC., VISA EUROPE LTD., and | ) |
| MASTERCARD INCORPORATED, | ) |
| | ) |
|       Defendants. | ) |
| | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.1 of the United States District Court of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for plaintiff certifies that it has no parents, trusts, subsidiaries or affiliates that have issued equity or debt securities to the public.

    Dated:  December 12, 2014

                                  HARVEY & BINNALL, PLLC

                                  /s/ Philip J. Harvey
                                  _____
                                  Philip J. Harvey, VSB #37941
                                  Jesse R. Binnall, VSB #79292
                                  Louise T. Gitcheva, VSB #86200
                                  717 King Street, Suite 300
                                  Alexandria, Virginia  22314
                                  (703) 888-1943
                                  (703) 888-1930 – facsimile
                                  pharvey@harveybinnall.com
                                  jbinnall@harveybinnall.com
                                  lgitcheva@harveybinnall.com
                                  *Counsel for Plaintiff DataCell ehf.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12th, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Philip J. Harvey
_____
Philip J. Harvey