UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DATACELL EHF., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:14-cv-1658-GBL-TCB |
| ) | |
| VISA INC., VISA EUROPE LTD., and ) | |
| MASTERCARD INCORPORATED, ) | |
| ) | |
| Defendants. ) | |

**Financial Interest Disclosure Statement**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Visa Inc., a publicly-traded nongovernmental corporation, in the above-captioned action, certifies that Visa Inc. has no parents, trusts, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated:  April 15, 2015                                              Respectfully submitted,

 /s/ Jacob S. Siler
Jacob S. Siler (Va. Bar No. 80934)
Andrew S. Tulumello (*pro hac vice* to be filed)
Robert Gonzalez (*pro hac vice* to be filed)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com

*Counsel for Defendant Visa Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of April, 2015, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Philip J. Harvey
Jesse R. Binnall
Louise T. Gitcheva
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

/s/ Jacob S. Siler
Jacob S. Siler (Va. Bar No. 80934)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com

*Counsel for Defendant Visa Inc.*