# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| DATACELL EHF., )<br>)<br>Plaintiff )<br>v. )<br>)<br>VISA INC., VISA EUROPE LTD., and )<br>MASTERCARD INCORPORATED, )<br>)<br>Defendants ) | Civil Action No. 1:14-cv-1658 (GBL-TCB) |

## DISCLOSURE OF CORPORATE AFFILIATIONS
## AND FINANCIAL INTERESTS OF MASTERCARD INCORPORATED

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, in order to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualifications or recusal, the undersigned counsel for MasterCard Incorporated, by special appearance without waiving any challenge to jurisdiction or venue, in the above-captioned action certifies that that there are no parents, subsidiaries or affiliate entities that have issued shares or debt securities to the public.

Dated:  April 15, 2015                                   Respectfully submitted,

  /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169

senoona@kaufcan.com
mewarmbier@kaufcan.com

Martin S. Hyman (*pro hac vice* to be filed)
Mathew C. Daley (*pro hac vice* to be filed)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE, LLP
437 Madison Avenue
New York, NY 10022
T (212) 907-7360
F (212) 754-0777

*Counsel for MasterCard Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Philip J. Harvey
Virginia State Bar No. 37941
Jesse R. Binnall
Virginia State Bar No. 79292
Louise T. Gitcheva
Virginia State Bar No. 86200
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA   22314
Telephone:  703-888-1943
Facsimile:  703-888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

*Counsel for DataCell ehf*

        */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com

*Counsel for Defendant MasterCard Incorporated*

13892906v1