UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **DATACELL EHF.,** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) Civil No. 1:14-cv-1658-GBL-TCB |
| **VISA INC., VISA EUROPE LTD., and MASTERCARD INCORPORATED,** | ) ) ) ) |
| **Defendants.** | ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Visa Inc.'s Motion to Dismiss, it is hereby ORDERED THAT:

1. The Motion to Dismiss is hereby GRANTED.

2. Plaintiff DataCell ehf.'s Complaint is hereby DISMISSED WITH PREJUDICE.


Dated: _____          _____
                                                              Judge