# EXHIBIT 2


**The White House**
Office of the Press Secretary

For Immediate Release                                July 25, 2010

## Statement of National Security Advisor General James Jones on Wikileaks

The United States strongly condemns the disclosure of classified information by individuals and organizations which could put the lives of Americans and our partners at risk, and threaten our national security. Wikileaks made no effort to contact us about these documents – the United States government learned from news organizations that these documents would be posted. These irresponsible leaks will not impact our ongoing commitment to deepen our partnerships with Afghanistan and Pakistan; to defeat our common enemies; and to support the aspirations of the Afghan and Pakistani people.

The documents posted by Wikileaks reportedly cover a period of time from January 2004 to December 2009. On December 1, 2009, President Obama announced a new strategy with a substantial increase in resources for Afghanistan, and increased focus on al Qaeda and Taliban safe-havens in Pakistan, precisely because of the grave situation that had developed over several years. This shift in strategy addressed challenges in Afghanistan that were the subject of an exhaustive policy review last fall. We know that serious challenges lie ahead, but if Afghanistan is permitted to slide backwards, we will again face a threat from violent extremist groups like al Qaeda who will have more space to plot and train. That is why we are now focused on breaking the Taliban's momentum and building Afghan capacity so that the Afghan government can begin to assume responsibility for its future. The United States remains committed to a strong, stable, and prosperous Afghanistan.

Since 2009, the United States and Pakistan have deepened our important bilateral partnership. Counter-terrorism cooperation has led to significant blows against al Qaeda's leadership. The Pakistani military has gone on the offensive in Swat and South Waziristan, at great cost to the Pakistani military and people. The United States and Pakistan have also commenced a Strategic Dialogue, which has expanded cooperation on issues ranging from security to economic development. Pakistan and Afghanistan have also improved their bilateral ties, most recently through the completion of a Transit-Trade Agreement. Yet the Pakistani government – and Pakistan's military and intelligence services – must continue their strategic shift against insurgent groups. The balance must shift decisively against al Qaeda and its extremist allies. U.S. support for Pakistan will continue to be focused on building Pakistani capacity to root out violent extremist groups, while supporting the aspirations of the Pakistani people.



**LATEST BLOG POSTS**

May 05, 2015 1:36 PM EDT
**Building for the Future: A New Federal Guide to Infrastructure Planning and Design**
The White House is convening the nation's leading thinkers on infrastructure planning and design to highlight how projects like new roads and transit lines can be designed to foster economic opportunity and increase resilience to the impacts of climate change.

May 05, 2015 11:58 AM EDT
**It's Teacher Appreciation Day. Here's Who I'm Calling:**
For Teacher Appreciation Day, I hope you'll call up your favorite teacher and say thank you. Stop a teacher on their way in and shake their hand and give them a pat on the back.

May 04, 2015 11:28 AM EDT
**Expanding Opportunity Works**
A group of private-sector leaders and other prominent private citizens have come together to form the My Brother's Keeper Alliance -- a new, independent non-profit that will work to expand opportunity for youth, strengthen the American workforce, and fortify the economic stability of communities across America.

**VIEW ALL RELATED BLOG POSTS ▶**



Facebook   YouTube