# EXHIBIT 3



BRIEFING ROOM     ISSUES     THE ADMINISTRATION     PARTICIPATE     1600 PENN     Search

Home • Briefing Room • Statements & Releases

**The White House**
Office of the Press Secretary

For Immediate Release                                                November 28, 2010

## Statement by the Press Secretary

We anticipate the release of what are claimed to be several hundred thousand classified State department cables on Sunday night that detail private diplomatic discussions with foreign governments. By its very nature, field reporting to Washington is candid and often incomplete information. It is not an expression of policy, nor does it always shape final policy decisions. Nevertheless, these cables could compromise private discussions with foreign governments and opposition leaders, and when the substance of private conversations is printed on the front pages of newspapers across the world, it can deeply impact not only US foreign policy interests, but those of our allies and friends around the world. To be clear -- such disclosures put at risk our diplomats, intelligence professionals, and people around the world who come to the United States for assistance in promoting democracy and open government. These documents also may include named individuals who in many cases live and work under oppressive regimes and who are trying to create more open and free societies.  President Obama supports responsible, accountable, and open government at home and around the world, but this reckless and dangerous action runs counter to that goal. By releasing stolen and classified documents, Wikileaks has put at risk not only the cause of human rights but also the lives and work of these individuals. We condemn in the strongest terms the unauthorized disclosure of classified documents and sensitive national security information.



**LATEST BLOG POSTS**

May 05, 2015 1:36 PM EDT

**Building for the Future: A New Federal Guide to Infrastructure Planning and Design**
The White House is convening the nation's leading thinkers on infrastructure planning and design to highlight how projects like new roads and transit lines can be designed to foster economic opportunity and increase resilience to the impacts of climate change.

May 05, 2015 11:58 AM EDT

**It's Teacher Appreciation Day. Here's Who I'm Calling:**
For Teacher Appreciation Day, I hope you'll call up your favorite teacher and say thank you. Stop a teacher on their way in and shake their hand and give them a pat on the back.

May 04, 2015 11:28 AM EDT

**Expanding Opportunity Works**
A group of private-sector leaders and other prominent private citizens have come together to form the My Brother's Keeper Alliance -- a new, independent non-profit that will work to expand opportunity for youth, strengthen the American workforce, and fortify the economic stability of communities across America.

**VIEW ALL RELATED BLOG POSTS ▸**



STAY CONNECTED

Facebook          YouTube