# EXHIBIT 5

# The New York Times

# Why Apple Removed a WikiLeaks App From Its Store

By Miguel Helft

December 21, 2010 12:29 pm

Apple on Tuesday confirmed that it had removed from its online store an iPhone and iPad app that let users view the content on the WikiLeaks site and follow the WikiLeaks Twitter account.

Trudy Muller, an Apple spokeswoman, said the company had removed the app "because it violated our developer guidelines." Ms. Muller added: "Apps must comply with all local laws and may not put an individual or group in harm's way."

The $1.99 WikiLeaks App was taken down on Monday after being available for just three days. It is not clear how popular it was. Its developer promised to donate $1 for every download to organizations that "promote the future of online democracy. " It had received only three reviews, according to the Huffington Post. Two of those reviews were negative.

Apple is the latest company to cut off services that in some way support WikiLeaks or channel money to the organization. In recent weeks, Amazon stopped hosting WikiLeaks content and PayPal, Visa and Mastercard stopped processing payments to the organization.

© 2015 The New York Times Company