UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **DATACELL EHF.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  Civil No. 1:14-cv-1658-GBL-TCB |
| | ) |
| **VISA INC., VISA EUROPE LTD., and** | ) |
| **MASTERCARD INCORPORATED,** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, June 19, 2015, at 10:00 a.m., or at such other time as this Court may designate, Defendant Visa Inc. shall move this Honorable Court for entry of an Order granting its Motion to Dismiss and its Request for Judicial Notice.

Dated:  May 8, 2015

Respectfully submitted,

 /s/ Jacob S. Siler
Jacob S. Siler (Va. Bar No. 80934)
Andrew S. Tulumello (*pro hac vice* pending)
Robert Gonzalez (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com
ATulumello@gibsondunn.com
RGonzalez2@gibsondunn.com

*Counsel for Defendant Visa Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of May, 2015, I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

| | |
|---|---|
| Philip J. Harvey (Va. Bar. No. 37941)<br>Jesse R. Binnall (Va. Bar. No. 79292)<br>Louise T. Gitcheva (Va. Bar. No. 86200)<br>HARVEY & BINNALL, PLLC<br>717 King Street, Suite 300<br>Alexandria, Virginia 22314<br>Tel: (703) 888-1943<br>Fax: (703) 888-1930<br>pharvey@harveybinnall.com<br>jbinnall@harveybinnall.com<br>lgitcheva@harveybinnall.com<br><br>*Counsel for DataCell ehf* | Stephen E. Noona (Va. Bar. No. 25367)<br>Mark E. Warmbier (Va. Bar No. 77993)<br>Kaufman & Canoles, P.C.<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Telephone: (757) 624-3000<br>Facsimile: (757) 624-3169<br>senonna@kaufcan.com<br>mewarmbier@kaufcan.com<br><br>*Counsel for Defendant MasterCard Incorporated* |

  /s/ Jacob S. Siler
Jacob S. Siler (Va. Bar No. 80934)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com

*Counsel for Defendant Visa Inc.*