**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| DATACELL EHF., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:14-cv-1658 (GBL-TCB) |
| ) | |
| VISA INC., VISA EUROPE LTD., and ) | |
| MASTERCARD INCORPORATED, ) | |
| ) | |
| Defendants ) | |

**MASTERCARD INCORPORATED'S MOTION TO DISMISS THE COMPLAINT**

Defendant, MasterCard Incorporated ("MasterCard"), by counsel, pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the complaint ("Motion to Dismiss") filed by the plaintiff DataCell ehf ("DataCell") for lack of personal jurisdiction, lack of proper venue, and failure to state a claim upon which the relief sought may be granted.  The grounds and authorities in support of the Motion to Dismiss are set forth in MasterCard's Memorandum in Support of Motion to Dismiss the Complaint and supporting materials filed in connection with this motion.  A proposed order granting the relief sought is attached as **Exhibit 1.**

Dated:  May 8, 2015                                            Respectfully submitted,

                                                                                  /s/ Stephen E. Noona
                                                                                Stephen E. Noona
                                                                                Virginia State Bar No. 25367
                                                                                Mark E. Warmbier
                                                                                Virginia State Bar No. 77993
                                                                                KAUFMAN & CANOLES, P.C.
                                                                                150 West Main Street, Suite 2100
                                                                                Norfolk, VA 23510
                                                                                Telephone:  (757) 624-3000
                                                                                Facsimile:  (757) 624-3169

        senoona@kaufcan.com
        mewarmbier@kaufcan.com


        Martin S. Hyman (*pro hac vice* filed)
        GOLENBOCK EISEMAN ASSOR BELL &
        PESKOE, LLP
        437 Madison Avenue
        New York, NY 10022
        T (212) 907-7360
        F (212) 754-0777

        *Counsel for MasterCard Incorporated*


## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Philip J. Harvey
Virginia State Bar No. 37941
Jesse R. Binnall
Virginia State Bar No. 79292
Louise T. Gitcheva
Virginia State Bar No. 86200
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA   22314
Telephone:  703-888-1943
Facsimile:  703-888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

*Counsel for DataCell ehf*

Jacob S. Siler (Va. Bar No. 80934)
Andrew S. Tulumello (*pro hac vice* to be filed)
Robert Gonzalez (*pro hac vice* to be filed)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com
ATulumello@gibsondunn.com
RGonzalez2@gibsondunn.com
*Counsel for Defendant Visa Inc.*

    */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com

*Counsel for Defendant MasterCard Incorporated*

13933417v1