# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| DATACELL EHF., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:14-cv-1658 (GBL-TCB) |
| ) | |
| VISA INC., VISA EUROPE LTD., and ) | |
| MASTERCARD INCORPORATED, ) | |
| ) | |
| Defendants ) | |

## PROPOSED ORDER

On this day came the parties, by counsel, upon the Motion to Dismiss the Complaint filed by defendant MasterCard Incorporated ("MasterCard"), and upon argument of counsel, and for the reasons set forth in the memoranda and supporting pleadings filed by MasterCard, it is

ORDERED that the Complaint filed by the plaintiff in this matter is dismissed without leave to replead.

Dated:  __/___/____                    _____
                                       United States District Court Judge, Eastern District
                                       of Virginia

**WE ASK FOR THIS:**

   /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Mark E. Warmbier
Virginia State Bar No. 77993
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com
mewarmbier@kaufcan.com

Martin S. Hyman (*pro hac vice* filed)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE, LLP
437 Madison Avenue
New York, NY 10022
T (212) 907-7360
F (212) 754-0777

*Counsel for MasterCard Incorporated*