UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

DATACELL EHF., )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 1:14cv1658(GCB/TCB)
 )
VISA INC., et al., )
 )
      Defendants. )
 )

## ORDER

Upon consideration of The Plaintiff's Consent Motion to Set a Briefing Schedule Concerning the Motions to Dismiss, it is hereby ORDERED that:

1. The plaintiff shall file a single, joint brief in opposition to Defendant Visa, Inc.'s Motion to Dismiss and to MasterCard Incorporated's Motion to Dismiss the Complaint – which may be up to forty-five pages long – on or before June 3, 2015;

2. Any reply briefs of defendants Visa, Inc. and MasterCard, Inc. shall be filed on or before June 12, 2015.

May 28, 2015
Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge