**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| DATACELL EHF., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:14-cv-1658 (GBL-TCB) |
| ) | |
| VISA INC., VISA EUROPE LTD., and ) | |
| MASTERCARD INCORPORATED, ) | |
| ) | |
| Defendants ) | |

**CONSENT MOTION AND MEMORANDUM IN SUPPORT OF
CONSENT MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Local Rule 83.1(G), defendant MasterCard Incorporated ("MasterCard"), by counsel, hereby moves for leave to allow Mark E. Warmbier to withdraw his appearance as counsel for MasterCard in this matter as he has left the firm of Kaufman & Canoles, P.C. Stephen E. Noona of Kaufman & Canoles, P.C., continues to represent MasterCard as counsel of record in this matter. Plaintiff consents to the relief requested. Attached as **Exhibit 1** is a proposed agreed order granting the relief requested.

WHEREFORE, MasterCard Incorporated, by counsel, respectfully requests that the Court grant leave to allow Mark E. Warmbier to withdraw his appearance as counsel for the MasterCard in this matter and direct the Clerk to remove Mark E. Warmbier from the Court's Electronic Notification System as counsel of record for MasterCard.

2

Dated:  June 23, 2015

Respectfully submitted,

   */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (888) 360-9092
senoona@kaufcan.com

Martin S. Hyman (*pro hac vice*)
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE, LLP
437 Madison Avenue
New York, NY 10022
T (212) 907-7360
F (212) 754-0777

*Counsel for MasterCard Incorporated*

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 23, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Philip J. Harvey
Virginia State Bar No. 37941
Jesse R. Binnall
Virginia State Bar No. 79292
Louise T. Gitcheva
Virginia State Bar No. 86200
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA   22314
Telephone:  703-888-1943
Facsimile:  703-888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

*Counsel for DataCell ehf*

Jacob S. Siler (Va. Bar No. 80934)
Andrew S. Tulumello (*pro hac vice*)
Robert Gonzalez (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com
ATulumello@gibsondunn.com
RGonzalez2@gibsondunn.com

*Counsel for Defendant Visa Inc.*

                /s/ Stephen E. Noona
                Stephen E. Noona
                Virginia State Bar No. 25367
                KAUFMAN & CANOLES, P.C.
                150 West Main Street, Suite 2100
                Norfolk, VA 23510
                Telephone:  (757) 624-3000
                Facsimile:   (888) 360-9092
                senoona@kaufcan.com
                *Counsel for MasterCard Incorporated*

13997122v1