# Exhibit 1

## EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| DATACELL EHF., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:14-cv-1658 (GBL-TCB) |
| | ) | |
| VISA INC., VISA EUROPE LTD., and | ) | |
| MASTERCARD INCORPORATED, | ) | |
| | ) | |
| Defendants | ) | |

### [PROPOSED] AGREED ORDER GRANTING CONSENT
### MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Upon consideration of Defendant MasterCard Incorporated's Consent Motion to Withdraw Appearance of Counsel pursuant to Local Rule 83.1(G), and for good cause shown:

IT IS HEREBY ORDERED that MasterCard Incorporated's Motion is GRANTED.

Mark E. Warmbier is hereby withdrawn as counsel for Defendant MasterCard Incorporated. The Clerk is directed to remove his name from ECF notifications for this matter.

DATED: _____, 2015     SO ORDERED: _____
                                                                                United States District Judge

**WE ASK FOR THIS:**

   */s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (888) 360-9092
senoona@kaufcan.com

Martin S. Hyman (*pro hac vice*)
GOLENBOCK EISEMAN ASSOR BELL & PESKOE, LLP
437 Madison Avenue
New York, NY 10022
T (212) 907-7360
F (212) 754-0777

*Counsel for MasterCard Incorporated*


**AGREED:**

 */s/ Philip J. Harvey*
Philip J. Harvey
Virginia State Bar No. 37941
Jesse R. Binnall
Virginia State Bar No. 79292
Louise T. Gitcheva
Virginia State Bar No. 86200
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA   22314
Telephone:  703-888-1943
Facsimile:  703-888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

*Counsel for DataCell ehf*

  */s/ Jacob S. Siler*
Jacob S. Siler (Va. Bar No. 80934)
Andrew S. Tulumello (*pro hac vice*)
Robert Gonzalez (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
tel: 202-955-8500
fax: 202-467-0539
JSiler@gibsondunn.com
ATulumello@gibsondunn.com
RGonzalez2@gibsondunn.com

*Counsel for Defendant Visa Inc.*

13997126v1