**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| DATACELL EHF., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 1:14-cv-1658 (GBL-TCB) |
| ) | |
| VISA INC., VISA EUROPE LTD., and ) | |
| MASTERCARD INCORPORATED, ) | |
| ) | |
| Defendants ) | |

**NOTICE OF WAIVER OF HEARING**

Defendant MasterCard Incorporated, by counsel, provides notice that it waives a hearing on the Consent Motion to Withdraw Appearance of Counsel (Dkt. No. 47).

Dated: June 23, 2015                             Respectfully submitted,

   /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
senoona@kaufcan.com

Martin S. Hyman (*pro hac vice*)
Mathew C. Daley (*pro hac vice* to be filed)
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE, LLP
437 Madison Avenue
New York, NY 10022
T (212) 907-7360
F (212) 754-0777

*Counsel for MasterCard Incorporated*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 23, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Philip J. Harvey
Virginia State Bar No. 37941
Jesse R. Binnall
Virginia State Bar No. 79292
Louise T. Gitcheva
Virginia State Bar No. 86200
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA  22314
Telephone:  703-888-1943
Facsimile:  703-888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

*Counsel for DataCell ehf*

                     */s/ Stephen E. Noona*
                     Stephen E. Noona
                     Virginia State Bar No. 25367
                     KAUFMAN & CANOLES, P.C.
                     150 West Main Street, Suite 2100
                     Norfolk, VA 23510
                     Telephone:  (757) 624-3000
                     Facsimile:   (888) 360-9092
                     senoona@kaufcan.com

                     *Counsel for Defendant MasterCard Incorporated*