**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| DATACELL EHF., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:14-cv-1658-GBL-TCB |
| ) | |
| VISA INC., VISA EUROPE LTD., and ) | |
| MASTERCARD INCORPORATED ) | |
| ) | |
| Defendants. ) | |

**Financial Interest Disclosure Statement**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Visa Europe Ltd., a nongovernmental corporation, in the above-captioned action, certifies that Visa Europe Ltd. has no parents, trusts subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated:  July 9, 2015                                   Respectfully submitted,

 /s/ Peter H. White
Peter H. White (VSB# 32310)
SCHULTE ROTH & ZABEL LLP
1152 15th Street, NW, Suite 850
Washington, D.C. 20005
Tel: (202) 729-7470
Fax: (202) 730-4520
Peter.White@srz.com

*Counsel for Defendant Visa Europe Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of July 2015, I have electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Philip J. Harvey (Va. Bar. No. 37941)
Jesse R. Binnall (Va. Bar. No. 79292)
Louise T. Gitcheva (Va. Bar. No. 86200)
HARVEY & BINNAL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com

*Counsel for DataCell ehf*

Jacob S. Siler (Va. Bar No. 80934)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW Washington, DC 20036
Tel: 202-955-8500
Fax: 202-467-0539
JSiler@gibsondunn.com

*Counsel for Defendant Visa Inc.*

Stephen E. Noona (Va. Bar. No. 25367)
Mark E. Warmbier (Va. Bar No. 77993)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tel: (757) 624-3000
Fax: (757) 624-3169
senonna@kaufcan.com
mewarmbier@kaufcan.com

*Counsel for Defendant MasterCard Incorporated*

Dated:  July 9, 2015

Respectfully submitted,

  /s/ Peter H. White
Peter H. White (VSB# 32310)
SCHULTE ROTH & ZABEL LLP
1152 15th Street, NW, Suite 850
Washington, D.C. 20005
Tel: (202) 729-7470
Fax: (202) 730-4520
Peter.White@srz.com

*Counsel for Defendant Visa Europe Ltd.*