## CIVIL HEARING MINUTES

Date: July 10, 2015

Judge: <u>Gerald Bruce Lee</u>
Reporter: <u>Julie Egal</u> ✓

Start: 10:41
Finish: 11:25

Civil Action Number: <u>1:14cv1658</u>

# DataCell ehf. v. Visa, Inc., et. al.

(✓) Plaintiff
   ✓ Jesse Binnall

(✓) Counsel for Defendant
   ✓ Jacob Siler
   Stephen Noona
   Martin Hyman
   Andrew Tulumello

( ) Matter is Uncontested

Motion to/for:
**Defendants' motion to dismiss; Defendant's motion for judicial notice**

Heard.

Argued &
( ) Granted   ( ) Denied   ( ) Granted in part/Denied in part
(✓) Taken Under Advisement   ( ) Continued to

( ) Report and Recommendation to Follow
( ) Order to Follow