IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DATACELL EHF., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:14-cv-1658 (GBL/TCB) |
| | ) | |
| VISA INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER is before the Court on Defendant Visa, Inc.'s Motion to Dismiss for

Failure to State a Claim (Doc. 21), Visa Inc.'s Motion for Judicial Notice (Doc. 23), and

Defendant MasterCard Incorporated's Motion to Dismiss the Complaint (Doc. 25). For reasons

to be stated in a forthcoming Memorandum Opinion and Order, it is hereby

ORDERED that Defendant Visa, Inc.'s Motion to Dismiss for Failure to State a Claim

(Doc. 21) is **GRANTED**; it is further

ORDERED that Visa Inc.'s Motion for Judicial Notice (Doc. 23) is **GRANTED**; and it

is further

ORDERED that Defendant MasterCard Incorporated's Motion to Dismiss the Complaint

(Doc. 25) is **GRANTED**.

The time for appeal will not run until the Court issues the aforementioned Memorandum

Opinion and Order.

**IT IS SO ORDERED.**

ENTERED this _____ day of July, 2015.

Alexandria, Virginia

7 / __ / 2015

_____/s/_____
Gerald Bruce Lee
United States District Judge