Case 1:14-cv-01658-GBL-TCB   Document 57   Filed 08/10/15   Page 1 of 2 PageID# 404

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| DATACELL EHF., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-1658 |
| | ) |
| VISA INC., VISA EUROPE LTD., and | ) |
| MASTERCARD INCORPORATED, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### NOTICE OF DISMISSAL

Plaintiff DataCell EHF gives notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A) its claims against VISA Europe Ltd. are dismissed without prejudice.

VISA Europe Ltd. has not filed an answer or motion for summary judgment.

Dated: August 10, 2015

HARVEY & BINNALL, PLLC

/s/ Jesse R. Binnall

---

Philip J. Harvey, VSB #37941
Jesse R. Binnall, VSB #79292
Louise T. Gitcheva, VSB #86200
717 King Street, Suite 300
Alexandria, Virginia  22314
(703) 888-1943
(703) 888-1930 – facsimile
pharvey@harveybinnall.com
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com
*Counsel for Plaintiff DataCell ehf.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

        /s/ Jesse R. Binnall
        _____
        Jesse R. Binnall